**FILED**

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 22-0600

| | |
|---|---|
| SALVATRICE MUSCLE, | |
| Plaintiff and Appellant, | |
| v. | **GRANT OF EXTENSION OF TIME TO FILE RESPONSE BRIEF** |
| ANTONIO SANTIN, M.D. | |
| Defendant and Appellee. | |

Pursuant to Montana Rule of Appellate Procedure 26(1), Defendant/Appellee Antonio Santin, M.D. is given an extension of time until November 1, 2023, to prepare, file, and serve his Response Brief.

- 1 -

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 27 2023